UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LOVELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD,<br><br>　　　　Defendant. | Case No. 25-cv-05623-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff David Anthony Lovell, proceeding pro se, filed this action on July 2, 2025 and applied to proceed *in forma pauperis*. ECF Nos. 1, 2. The Court granted Plaintiff's application to proceed *in forma pauperis* and ordered the U.S. Marshal for the Northern District of California to serve Defendant Stanley Howard. ECF No. 6. Defendant has been served and filed his Answer. ECF Nos. 9, 11. The Court set a case management conference over Zoom for October 2, 2025, and subsequently continued it to December 4, 2025, setting November 25, 2025, deadline for the parties to file their case management statement. ECF No. 10. The Court mailed a copy of the clerk's notice continuing the case management to December 4, 2025, which included a link to the Court's public Zoom webinar, to Plaintiff. *Id.*

Plaintiff did not file a case management statement in advance of the December 4, 2025 case management conference, did not attend the case management conference, and did not contact the Court requesting that the case management be continued or otherwise indicate that he was unable to attend the case management conference. Defendant represents that he has "attempted, without success, to meet and confer with Plaintiff using the contact information provided in Plaintiff's complaint," but that he has been unable to contact Plaintiff. ECF No. 14 at 2.

Plaintiff is accordingly ORDERED TO SHOW CAUSE why this action should not be

1 dismissed due to Plaintiff's failure to prosecute by filing, no later than January 8, 2026, a response 2 explaining why he failed to appear at the December 4, 2025 case management conference and if 3 he plans to continue litigating this case.  Plaintiff's response must include his current contact 4 information.

5     Plaintiff is encouraged to refer to the Northern District's resources for parties who are 6 representing themselves, available online at: https://cand.uscourts.gov/representing-yourself. 7 Plaintiff may also make an appointment with the Legal Help Center by calling 415-782-8982.

8     If Plaintiff fails to respond to this Order to Show Cause, the Court may issue a report and 9 recommendation recommending that this case be dismissed for failure to prosecute and failure to 10 comply with the Court's orders.

11 **IT IS SO ORDERED.**

12 Dated: December 8, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge