UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANTHONY LOVELL,

          Plaintiff,

    v.

HOWARD,

          Defendant.

Case No.  25-cv-05623-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 16

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING Plaintiff TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to respond to Judge Cisneros' December 8, 2025 order to show cause, Dkt. No. 16, by the January 8, 2026, deadline.  Plaintiff shall file a statement of two pages or less by February 23, 2026.

**IT IS SO ORDERED.**

Dated:    2/9/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge