UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANTHONY LOVELL,

        Plaintiff,

        v.

HOWARD,

        Defendant.

Case No.  25-cv-05623-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Dismissing Case,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 15th day of June, 2026.

Mark B. Busby
Clerk of Court

By: _____
    Nikki D. Riley
    Deputy Clerk to the Honorable
    HAYWOOD S. GILLIAM, JR.